# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| KIMBERLY CARSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:26-cv-00038-FL |
| CITY OF WILMINGTON | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF, KIMBERLY CARSON.

Date: 02/26/2026

/s/ Gary K. Shipman
*Attorney's signature*

Gary K. Shipman, NCB#: 9464
*Printed name and bar number*

Shipman Wright & Moore, LLP
575 Military Cutoff Road, Suite 106
Wilmington, NC 28405

*Address*

gshipman@shipmanlaw.com
*E-mail address*

(910) 762-1990
*Telephone number*

(910) 762-6752
*FAX number*