IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:26-CV-00038-FL

| | |
|---|---|
| KIMBERLY CARSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WILMINGTON,<br><br>Defendant. | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that, CRAIG DYE with the law firm of SHIPMAN WRIGHT & MOORE L.L.P., hereby respectfully gives notice to the Court of his appearance as additional counsel of record for the Plaintiff Kimberly Carson. Please direct all future communications and documents pertaining to this matter to the undersigned.

Respectfully submitted this the 6th day of November 2026.

**SHIPMAN WRIGHT & MOORE LLP**
*Attorney for Plaintiff*

By: /s/ Craig Dye
**Craig Dye**
N.C. State Bar No.: 57878
575 Military Cutoff Road, Suite 106
Wilmington, NC 28405
Tel.: (910) 762-1990
Fax: (910) 762-6752
Email: cdye@shipmanlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this the 6th day of November, 2026, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of the same to the following CM/ECF participants as follows:

David L. Woodard
Adia Craig
Poyner Spruill LLP
dwoodard@poynerspruill.com
ACraig@poynerspruill.com
301 Fayetteville Street, Suite 1900
Raleigh, NC 27601-01801

*Attorneys for Defendant City of Wilmington*

This the 6th day of November 2026.

/s/ Craig Dye
CRAIG DYE